# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 3:14CR141 |
| Plaintiff, | : | Judge Thomas M. Rose |
| -vs- | : | |
| JOHN SEMBER | : | **MOTION FOR ISSUANCE OF SUBPOENAS** |
| Defendant. | : | |

---

Comes now the Defendant, by and through counsel, and moves this court for an order permitting the issuance and service by defense counsel of the attached subpoena:

1) Ben Bosma
   105 Janney Rd.
   Dayton, OH 45404

Respectfully submitted:

s/Lawrence J. Greger
Lawrence J. Greger   0002592
Attorney at Law
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, Ohio 45402
(937) 223-3153
larry@gregerlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was sent to all attorneys of record, by electronically filing same with the court via the court's CM/ECF system.

s/Lawrence J. Greger
Lawrence J. Greger