# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                                    Case No. 3:14-CR-141

JOHN M. SEMBER,

      Defendant.

## ENTRY AND ORDER

This matter is before the Court on Defendant's Motion for Reconsideration (doc. 124) and the Government's objections to Defendant's Exhibits L through V.

IT IS THE ORDER OF THE COURT that Defendant's Motion for Reconsideration (doc. 124) is **GRANTED** and the Government's objections are **OVERRULED**. Accordingly, Defendant's Exhibits L through V are admitted into evidence.

**DONE** and **ORDERED** in Dayton, Ohio, this 1st day of April, 2016.

*s/Thomas M. Rose*

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT